

# Summons
## Collection Information Statement

**In the matter of** TROY J HICKS, 9400 TAHOE DR, CENTERVILLE, OH 45458-3689
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 2 (22)
**Periods:** Form 1040 for the calendar periods ending December 31, 2006, December 31, 2008 and December 31, 2011

**The Commissioner of Internal Revenue**

**To:** TROY J HICKS
**At:** 9400 TAHOE DR, CENTERVILLE, OH 45458-3689

You are hereby summoned and required to appear before JAMES C BOWMAN, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 10/01/2013 To 02/15/2014

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

200 WEST SECOND STREET, ROOM 410, DAYTON OH 45402 (937) 610-2131

**Place and time for appearance: At** 200 WEST SECOND STREET, ROOM 410, DAYTON, OH 45402-1469

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 4th day of March, 2014 at 12:00 o'clock p m.

Issued under authority of the Internal Revenue Code this 19th day of February, 2014

JAMES C BOWMAN    REVENUE OFFICER
Signature of issuing officer    Title

Signature of approving officer *(if applicable)*    Title

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| February 19, 2014 | 12:53 pm |

**How Summons Was Served**

[X] I handed an attested copy of the summons to the person to whom it was directed.
Troy J Hicks w/ Blank CIS Form 433-A

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

| Signature | Title |
|---|---|
| /s/ | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| /s/ | Revenue Officer |

Catalog No. 25000Q                     Form **6637** (Rev. 10-2010)

# Summons Referral
*(if more space is necessary, prepare attachments in quadruplicate.)*

| | |
|---|---|
| 1. Name and address of person summoned<br>Troy J Hicks<br>9400 Tahoe Dr<br>Centerville, OH 45458-3689 | 8. Taxpayer's name and last known address if different from Item 1. |
| 2. Summons served at above address?<br>☒ Yes  ☐ No *(Explain in Section C)* | 9. Taxpayer's TIN: 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 |
| 3. Manner of Service<br>☒ personal service on person summoned<br>☐ personal service on person authorized to accept service of process- name and title:<br>☐ delivered to other person over 16 years old at last known address - name and relationship to person summoned:<br>☐ left at last known address-not delivered to anyone: *(specify method, i.e., slipped under door, attached to door, etc.)* | 10. Type of Investigation<br>☒ delinquent account  ☐ examination<br>☐ delinquent return  ☐ other *(specify)*<br>☐ criminal<br><br>11. Type of tax and periods involved *(Explain in A. if periods in description of records are different from periods stated in summons caption.)*<br>1040 12/31/2006, 12/31/2011<br><br>12. All applicable tax periods included on summons?<br>☒ Yes  ☐ No *(Explain in Section C.)* |
| 4. If third party summons, was notice given to all persons to whom records pertain?<br>☐ Yes *(indicate in Section B whether petition to quash summons was filed.) If noticee(s) other than taxpayer, list names and addresses in Section C.)*<br>☐ No *(Explain in Section C.)*<br>☒ Not a third party summons | 13. Statute of limitations problems?<br>☐ Yes *(Explain in Section C.)*  ☒ No<br><br>14. Tax liability involved<br>assessed  22,258.94<br>estimated  *(Explain in Section C.)* |
| 5. Date of Service: 02/19/2014  Appearance Date: 03/04/2014 | 15. Taxpayer Category *(corporation, salaried individual, etc.; include spouse if applicable)*<br>Salaried Individual |
| 6. Person Summoned<br>☒ did not appear  ☐ appeared but did not provide all summoned information | 16. Other civil, criminal, or administrative actions *(Summons enforcement, suit, seizure, etc.)* pending against taxpayer or person summoned?<br>☐ Yes *(Explain in Section C.)*  ☒ No |
| 7. Does the IRS possess any of summoned information?<br>☐ Yes *(Explain in Section C.)*  ☒ No | 17. Has there been a referral of this or a related case to the Department of Justice?<br>☐ Yes *(Explain in Section C.)*  ☒ No |

A. Describe exact purpose of summons and relevance of summoned information to periods under investigation:
Purpose of Summons is to obtain a Collection Information Statement (CIS-F433-A) in order to make a collectibility determination.

B. Reason for not complying, if known:
Unknown

C. Other Information *(Include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer.)*
Field call made 1-13-14, during contact with TP on 1-17-14 he indicated he hired a POA-10 days allowed to provide F2848, none provided and attorney is not listed in system. Field call and personal service of Summons on TP 2-19-14, during this meeting advised need information to place on IA, cancelled check. TP was scheduled to provide financial information in response to summons on 3-4-14. TP no showed and failed to provide information as directed.

| Referring Officers Name, Telephone Number, Office Location, and Office Symbols<br>JAMES C BOWMAN, (937)610-2131, 22113058 | Referring Officer's Signature | Date Referred<br>03/05/2014 |
|---|---|---|
| Issuing Officer's Name | | Date Issued |
| Approved by (Signature and Title)—If Required | Date Approved | Reviewed by (Signature and Title) Acting GM | Date Reviewed<br>3/7/14 |

Form **4443** (Rev. 2-93)  **Part 3 - District Counsel**  Department of the Treasury  Internal Revenue Service