IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 3:14-CV-00225 ) |
| TROY J. HICKS, | ) ) |
| Respondent. | ) |

## PROOF OF SERVICE

Now comes JAMES C. BOWMAN, Revenue Officer, Internal Revenue Service, and hereby certifies that a copy of the Petition to Enforce Internal Revenue Service Summonses (Doc. #1) and the Order to Show Cause (Doc. #2) were served upon the Respondent, TROY J. HICKS as follows:

[X] I personally served TROY J. HICKS at (place) __7629 Clyo Rd, Centerville, OHIO__ on (date) __7-16-2014__.

[ ] I left the Petition and Order to Show Cause at TROY J. HICKS' residence with (name) _____, an adult who resides there, on (date) _____, and mailed a copy to the individual's last known address.

[ ] Other (specify) _____.

Date: __7-14-2014__

_Kirk Lapham for_
JAMES C. BOWMAN
Revenue Officer
Internal Revenue Service
200 W. Second Street, Room #410
Dayton, Ohio 45402